BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:13-MJ-0054 JLT |
| Plaintiff, | GOVERNMENT MOTION TO DISMISS AND ~~PROPOSED~~ ORDER |
| v. | |
| SHANTEE JANELLE JIMENEZ, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter for the following reason.

The defendant has been apprehended in Mexico and arrived in the United States for prosecution in Kern County Superior Court for concealing children from their lawful parent, in violation of California Penal Code Section 278, the predicate offense for the federal complaint alleging unlawful flight to avoid apprehension. It is also requested that the arrest warrant that issued herein be recalled.

Dated: December 28, 2014                BENJAMIN B. WAGNER
                                        United States Attorney

                                    By: */s/ KAREN A. ESCOBAR*
                                        KAREN A. ESCOBAR
                                        Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: __December 29, 2014__     __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE